THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL TEMPLE, Appellant.—

No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT T. SMITH, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.—

No opinion. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.